NUMBER 13-07-00725-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

EUGENE SEGURA, Appellant,


v.



H. E. BUTT GROCERY COMPANY, Appellee.

_____________________________________________________________


On appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Eugene Segura, appealed a judgment rendered against him in the 197th
District Court of Cameron County, Texas. On January 18, 2008, the Clerk of this Court
notified appellant that the clerk's record in the above cause was originally due on January
7, 2007, and that the deputy district clerk, Laura Cisneros, had notified this Court that
appellant failed to make arrangements for payment of the clerk's record. The Clerk of this
Court notified appellant of this defect so that steps could be taken to correct the defect, if
it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of prosecution. Appellant failed to respond to the Court's
notice. 

 The Court, having considered the documents on file, appellant's failure to comply
with the appellate rules, and appellant's failure to respond to this Court's directive, is of the
opinion that the appeal should be dismissed. See id. 37.3, 42.3(b),(c). Accordingly, the
appeal is DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 10th day of April, 2008.